UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

KENYER ENRIQUE LUZARDO
MACHADO,

     Petitioner,

v.                                                                    No. 6:26-CV-007-H

TODD BLANCHE,[1] et al.,

     Respondents.

## ORDER

Before the Court is Kenyer Enrique Luzardo Machado's petition for a writ of habeas corpus. Dkt. No. 1. The Court observes that Luzardo Machado can no longer be located through ICE's Online Detainee Locator System using his biographical information, his country of birth, or his A-Number. Further, Luzardo Machado's updated case information on the EOIR website indicates that an Immigration Judge granted him a voluntary departure. There is no record of an appeal before the Board of Immigration Appeals.

In light of the above information, the Court orders the parties to submit a joint status report, on or before May 13, 2026, indicating whether Luzardo Machado is still in ICE custody.

So ordered on May 6, 2026.

                                                  
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] Todd Blanche succeeded Pamela Bondi as Acting Attorney General on April 2, 2026. Thus, he is automatically substituted as a party to this action. *See* Fed. R. Civ. P. 25(d).