UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

KENYER ENRIQUE LUZARDO
MACHADO,

      Petitioner,

v.

PAMELA BONDI, et al.,[1]

      Respondents.

No. 6:26-CV-007-H

## ORDER

Kenyer Enrique Luzardo Machado petitioned for a writ of habeas corpus challenging his mandatory detention without bond. Dkt. No. 1. The respondents now "advise[] the Court that [Luzardo Machado] was removed from the United States." Dkt. No. 16 at 1. Accordingly, he is no longer detained.

Based on the information provided, the Court concludes that Luzardo Machado's claims are moot. *Francis v. Lynch*, 622 F. App'x 455, 455–56 (5th Cir. 2015) (challenge to detention pending removal became moot when the petitioner was removed); *Odus v. Ashcroft*, 61 F. App'x 121 (5th Cir. 2003) (same). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on May 15, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] Todd Blanche, the Acting United States Attorney General, is automatically substituted for his predecessor, Pamela Bondi. *See* Fed. R. Civ. P. 25(d).